STUEVE SIEGEL HANSON LLP
Jason S. Hartley (SBN No. 192514)
550 West C Street, Suite 610
San Diego, California 92101
Phone: (619) 400-5822
Fax:  (619) 400-5832
*hartley@stuevesiegel.com*

LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg (*pro hac vice* to be filed)
Allyn Z. Lite (*pro hac vice* to be filed)
Susana Cruz Hodge (*pro hac vice* to be filed)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
*bgreenberg@litedepalma.com*
*alite@litedepalma.com*
*scruzhodge@litedepalma.com*

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROSACLAIRE BAISINGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KASHI COMPANY, a California Corporation,<br><br>Defendant. | CASE NO.:  CV11-4581 CW<br><br>**CLASS ACTION**<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff Rosaclaire Baisinger, on behalf of herself and all others similarly situated, hereby voluntarily dismisses the Complaint in this action without prejudice so that this action can be re-filed in the Southern District of California where a number of cases involving similar facts and circumstances,

NOTICE OF VOLUNTARY DISMISSAL

following the filing of this action, have now been filed. Defendant Kashi Company has not served either an Answer or a motion for summary judgment in this action. Court approval of this voluntary dismissal is not required by Fed.R.Civ. P. 23(e) since this dismissal will not bind any proposed class member and no class had yet been certified in this action.

Dated: October 12, 2011        By:        s/ Jason S. Hartley
                                      Jason S. Hartley
                                      **STUEVE SIEGEL HANSON LLP**
                                      550 West C Street, Suite 610
                                      San Diego, California 92101
                                      Tel: (619) 400-5822
                                      Fax: 619-400-5832

                                      **LITE DEPALMA GREENBERG, LLC**
                                      Bruce D. Greenberg (*pro hac* to be filed)
                                      Allyn Z. Lite (*pro hac* to be filed)
                                      Susana Cruz Hodge (*pro hac* to be filed)
                                      Two Gateway Center, 12th Floor
                                      Newark, NJ 07102
                                      Tel: (973) 623-3000
                                      Fax: (973) 623-0211

                                      *Attorneys for the Plaintiff and the Class*